# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Rafal Kiljan, | ) | Bankruptcy No. 13 B 39639 |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |
| | ) | |

## DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, Rafal Kiljan, by and through his attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 13 on October 9, 2013.

2. The case was converted to a Chapter 7 on the notice of voluntary conversion by the Debtor on February 4, 2014.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:

AT&T Mobility
PO Box 6416
Carol Stream, IL 60197-6416
$2,292.21
Acct No. 232010892418
Cell Phone Services

PNC Bank
PO Box 535230
Pittsburgh, PA 15253-5230
$700.00
4628733881
Closed checking account

US Bankcorp Center
800 Nicollet Mall
Minneapolis, MN 55402
$700.00
Acct. No. 1993380570218]
Closed checking account

State Farm Insurance
One State Farm Plaza
Bloomington, IL 61710
$492.84
Acct. No. 1265-5270-01
For Car Insurance

The Mirage Homeowners Association
50 E Commerce Drive, Suite 110
Schaumburg, IL 60173
$535.00
For HOA fees on home Debtor is letting go

5. The Debtors obtained the following property after the filing of the petition and before conversion of the case:

**NONE**

6. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case:

**NONE**

> Respectfully submitted,
> Rafal Kiljan
>
> By: /s/ David P. Lloyd
>     One of their attorneys

David P. Lloyd
David P. Lloyd, Ltd.
615B S La Grange Rd
La Grange, IL 60525
(708) 937-1264
Fax: (708) 937-1265